

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

PNC BANK, NATIONAL ASSOCIATION,  CIVIL ACTION
    Plaintiff

vs.

JONATHAN SHIEKMAN,      No. 04-CV-4264
    Defendant
and

ADMIRAL WINE & LIQUOR CO.,
    Third-Party Defendant

**FILED**
APR 7 2005
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

## CONSENT ORDER

AND NOW, this 6th day of April, 2005, upon consideration of the Complaint filed by Plaintiff, PNC Bank, National Association, and the Answer of Defendant, Jonathan Shiekman, to the Complaint, and upon the consent of all parties as evidenced by the endorsement of the parties or their counsel of record, it is hereby ORDERED and DECREED as follows:

1. Judgment is entered in favor of the Plaintiff, PNC Bank, National Association, and against Defendant, Jonathan Shiekman, in the sum of One Hundred Sixty Thousand Dollars ($160,000.00).

2. Admiral Wine & Liquor Co. is hereby dismissed as a Defendant with prejudice.

By the Court:

_____
Honorable Ronald L. Buckwalter
United States District Judge

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]