IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PNC BANK, NATIONAL ASSOCIATION | CIVIL ACTION |
| vs. | |
| JONATHAN SHIEKMAN | No. 04-CV-4264 |

## ORDER TO SATISFY JUDGMENT

TO THE CLERK OF COURT:

Please satisfy the judgment entered in the above-captioned matter upon payment of your costs only.

                                                Dilworth Paxson LLP

By: _____
James W. Hennessey, Esquire
Attorney for Plaintiff
Identification No. 20235
Validation Code: JH708
Dilworth Paxson LLP
3200 Mellon Bank Center
1735 Market Street
Philadelphia, PA 19103
215-575-7000

608637_1